UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| Beverly Miller,<br><br>          Plaintiff,<br><br>v.<br><br>ALW Sourcing, LLC,<br><br>          Defendant. | Civil Action No.: 3:10-cv-01218-O |

## STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby discontinued against Defendants with prejudice and without costs to any party.

/s/ Diana P. Larson

Diana P. Larson
Texas Bar No. 24007799
Southern District of Texas Bar No. 24957
The Larson Law Office, PLLC
440 Louisiana, Suite 900
Houston, Texas 77002
Telephone: (713) 221-9088
Attorney for Plaintiff

Jessica A. Hawkins
Texas State Bar No. 24068029
Sessions, Fishman, Nathan & Israel, LLC
900 Jackson Street, Suite 440
Dallas, Texas 75202
Telephone: (214) 741-3001
Attorney for Defendant

SO ORDERED